WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED WHEN IT FOUND THE COURT–MARTIAL LACKED SUBJECT MATTER JURISDICTION AND WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ABUSED ITS DISCRETION WHEN IT REFUSED TO GRANT THE GOVERNMENT'S MOTION TO SUBMIT DOCUMENTS.

No. 14–0528/AF. U.S. v. Abner C. Leps. CCA S32129. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 12, 2014.

No. 14–0529/NA. U.S. v. Keith C. Salcido. CCA 201300143. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 12, 2014.

No. 14–0531/AF. U.S. v. Willliam J. Sigo. CCA 38268. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 12, 2014.

No. 14–0487/AR. U.S. v. Cecil Saddler, Jr. CCA 20110676. On consideration of second motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted, *but only up to and including May 6, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*